**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 96-2821**

───────────

CALVIN CHILDS-BEY, Individually and on behalf
of himself,

                                                      Plaintiff - Appellant,

     versus

MIKE BICKMEYER, Individually and in his offi-
cial capacity as "Assistant Director"; SCOTT
MEESE, Individually and in his official capac-
ity as "Purchasing Manager"; BRENDA J. KEITH,
Individually and in her official capacity as
"Director of Nutrition Services" of Marriott
Corporation; MARRIOTT CORPORATION, in its
official capacity as a "Municipal Corporation"
Health Care Services,

                                         Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Walter E. Black, Jr., Senior District
Judge. (CA-95-608-B)

───────────

Submitted:  July 10, 1997        Decided:  July 22, 1997

───────────

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Calvin Childs-Bey, Appellant Pro Se.  Douglas Michael Topolski, MILES & STOCKBRIDGE, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in a discrimination case filed under the Civil Rights Act of 1964 (Title VII);[1] the Americans with Disabilities Act (ADA);[2] 42 U.S.C. §§ 1983, 1985, 1986 (1994); and various state laws. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Childs-Bey v. Bickmeyer, No. CA-95-608-B (D. Md. Nov. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] 42 U.S.C. § 2000(e)-16 (1994).

[2] 42 U.S.C. § 12101-12132 (1994).

2